# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  February 5, 2015                519300
_____

In the Matter of the Claim of
    LEE H. HAGMIRE,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  December 2, 2014

Before:  Peters, P.J., Garry, Rose and Devine, JJ.

_____

        Lee H. Hagmire, Rochester, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Marjorie S. Leff of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed April 8, 2014, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.  No opinion.

        Peters, P.J., Garry, Rose and Devine, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court